DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TRIBECA AESTHETIC MEDICAL SOLUTIONS, LLC,**
Appellant,

v.

**EDGE PILATES CORPORATION,** a Florida corporation and
**BAYOU METO, INC.,** a Florida corporation,
Appellees.

No. 4D18-1452

[April 18, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carlos A. Rodriguez, Judge; L.T. Case No. 10-20735 (14).

Marc A. Silverman and Steven W. Marcus of Frank, Weinberg & Black, P.L., Plantation, for appellant.

Mark Perlman of Mark Perlman, P.A., Hallandale Beach, for appellees.

PER CURIAM.

*Affirmed.*

GERBER, C.J., CONNER, J., and METZGER, ELIZABETH, Associate Judge, concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***